UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AXA CORPORATE SOLUTIONS NIEDERLASSUNG DEUTSCHLAND<br><br>Plaintiff,<br><br>VERSUS<br><br>LECTRUS CORPORATION<br><br>Defendant, | Civil Case No.: 4:15-cv-3606 |

**ORDER**

Considering the unopposed Motion of AXA Corporate Solutions Niederlassung Deutschland (AXA) to re-open this case, and taking into account the fact that an automatic stay was imposed on this case under 11 U.S.C. §362 by virtue of Lectrus Corporation's Chapter 11 bankruptcy filing in the United States Bankruptcy Court for the Eastern District of Tennessee (Chattanooga Division), and that said automatic stay has now been lifted,

IT IS HEREBY ORDERED that AXA's motion be granted and the case is herein re-opened and reinstated on the docket of this Court so that the matter may proceed forward.

IT IS FURTHER ORDERED that ~~the~~ on or before _20 November_, 2018 the parties are to submit a revised Joint Discovery/Case Management Plan pursuant to Rule 26(f) of Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that a status conference is set for _November 27, at 11:00am_ 2018 at which time new pre-trial deadlines and a trial date will be set in this matter. _Parties may appear by telephone._

_____
UNITED STATES DISTRICT JUDGE